UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL M. SHELTON                                            CIVIL ACTION

VERSUS                                                        NO.  14-2358

MARLIN N. GUSMAN, ET AL                                       SECTION: "B"(4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Michael M. Shelton's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies as required under the provisions of 42 U.S.C. §1997e(a).

New Orleans, Louisiana, this 18th day of August, 2015.

UNITED STATES DISTRICT JUDGE